UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GABRIEL BARRIOS,

               Plaintiff,

      -against-                                        08 Civ. 7901 (LAK)

METROPOLITAN LIFE INSURANCE COMPANY,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motion of Steven R. Bosin, Esq., for leave to withdraw as plaintiff's counsel is granted. The action is stayed until December 2, 2009 to afford plaintiff an opportunity to retain new counsel. Regardless of whether plaintiff retains new counsel, however, his opposition to defendant's motion for summary judgment shall be filed no later than December 9, 2009. Defendant, on or before November 9, 2009, shall serve plaintiff with the notice required by Local Civil Rule 12.1.

        SO ORDERED.

Dated:      November 2, 2009

                                                        Lewis A. Kaplan
                                                    United States District Judge